IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CR-40-Z-BR-(1) |
| | § | |
| MARIA PERLA RUBIO CRUZ | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On February 7, 2022, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Maria Perla Rubio Cruz filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Maria Perla Rubio Cruz was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Maria Perla Rubio Cruz; and ADJUDGES Defendant Maria Perla Rubio Cruz guilty of Count One of the Superseding Information in violation of 21 U.S.C. § 843(b) and Count Two of the Superseding Information in violation of 18 U.S.C. § 4. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, February 22, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE